IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA WORMSBAKER,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-588-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

_7/11/12_
Date