IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA WORMSBAKER,

        Plaintiff,            JUDGMENT IN A CIVIL CASE

v.            Case No. 10-cv-588-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Donna Wormsbaker attorney fees and costs in the amount of $6,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_Peter Oppeneer_           10/16/12
Peter Oppeneer, Clerk of Court          Date