IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA WORMSBAKER,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-588-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Donna Wormsbaker attorney fees and costs in the amount of $6,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_Peter Oppeneer_ (signature)
Peter Oppeneer, Clerk of Court

10/16/12
Date