IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA WORMSBAKER,

        Plaintiff,                               JUDGMENT IN A CIVIL CASE

      v.                                          Case No. 10-cv-588-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Donna Wormsbaker attorney fees in the amount of $10,459.73 pursuant to 42 U.S.C. § 406(b)(1).

| | |
|---|---|
| s/ A. Wiseman, Deputy Clerk | October 30, 2014 |
| Peter Oppeneer, Clerk of Court | Date |